JEFFERSON BANK v. MONTIFIORE REALTY CO. et al.

(Supreme Court, Appellate Term.   February 5, 1909.)

COURTS (§ 190*)—MUNICIPAL COURTS—APPEALABLE JUDGMENTS—JUDGMENT BY DEFAULT.

A Municipal Court judgment, taken by an inquest upon defendant's default, is not appealable.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by the Jefferson Bank against the Montifiore Realty Company and others.   From a Municipal Court judgment by inquest upon defendant's default, and an order, defendant appeals.   Dismissed.

Argued before GILDERSLEEVE, P. J., and GIEGERICH and SEABURY, JJ.

Max J. Siegel, for appellant.
Strasbourger, Eschwege & Schallek, for respondent.

GIEGERICH, J.   The notice of appeal herein recites that the appeal is taken from an order granting plaintiff's motion for judgment upon the pleadings, and also from the final judgment entered herein. No such order appears in the record, and it appears therein that the judgment was taken by an inquest upon defendants' default.   The judgment is therefore not appealable.   Brown v. Bouse, 43 Misc. Rep. 72, 86 N. Y. Supp. 240.

Appeal dismissed, with $10 costs.   All concur.